# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel:  (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

_____

Sean Constable, Esq.
Admitted in NY & MA

_____

Michael Flynn, Esq., Of Counsel

Offices throughout the Northeast
Toll Free: (866) 877-FELA

February 3, 2020

Judge Paul E. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10001

    RE:  GREGORY BOECKEL V. LONG ISLAND RAILROAD COMPANY
         19 Civ. 11234 (PAE)(SDA)

Dear Judge Engelmayer:

I am plaintiff's counsel in the above-entitled case filed with the Court on December 7, 2019.  I write to advise that plaintiff filed a Chapter 7 Bankruptcy Case in the Eastern District of New York on December 27, 2019 which is assigned Case Number:  8-19-78652-reg.  As such, activity in this case is automatically stayed until further direction from the bankruptcy trustee.

Enclosed is a copy of the Notice of Chapter 7 Bankruptcy Case Mr. Boeckel received.  We are presently awaiting communication from the bankruptcy court regarding permission to resume proceedings in this matter.

                                     Very truly yours,

                                       Marc Wietzke

MW:EF
Cc:  Long Island Railroad Company
      Gregory Boeckel

The Court appreciates the update and stays this case. Counsel is to submit a letter update to the Court immediately upon receiving notice that bankruptcy court has permitted this case to proceed. In the event that a ruling from the bankruptcy court is delayed, counsel is to submit a letter update as to the status of the bankruptcy proceedings every 30 days from the date of this order.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

February 4, 2020