UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY BOECKEL,<br><br>                              Plaintiff,<br>           -v-<br><br>LONG ISLAND RAILROAD COMPANY,<br><br>                              Defendant. | 19 Civ. 11234 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the case management conference presently scheduled for November 17, 2020 at 10:00 a.m. is rescheduled for November 16, 2020 at 1:30 p.m.

The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.  **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly.  All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 12, 2020
       New York, New York