Jamaica Station  
Jamaica, NY 11435-4380  
718 558-8254 Tel  
718 657-9047 Fax

Phillip Eng  
President

Paige  
Vice P

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: __1/12/2021__

 Long Island Rail Road

January 12, 2021

Via ECF

Hon. Judge Stewart D. Aaron  
United States District Court  
Southern District of New York  
500 Pearl St,  
New York, NY 10007

Request DENIED. The settlement conference shall go forward on January 14, 2021 at 2:00 p.m. The conference has been scheduled since December 3, 2020 and the Court declines to adjourn it. A representative of the third-party insurance carrier shall be available on January 14 by telephone with settlement authority. SO ORDERED.

Dated: 1/12/2021

Re: Boeckel v. LIRR Settlement Conference  
Case #: 1:19-cv-11234-PAE-SDA

Dear Judge Aaron:

I represent the defendant the Long Island Railroad Company ("LIRR") in the above captioned action currently scheduled for a telephonic settlement conference January 14, 2021 at 2:00 P.M. The LIRR respectfully request that the upcoming conference be adjourned to a future date. There were no prior requests for adjournment of this conference. LIRR is insured by a third-party insurance carrier rather than self-insurance and a request for settlement authority to that carrier is pending, therefore LIRR does not wish to use judicial resources for a conference that will not result in settlement at this time. Plaintiff previously made a settlement demand of $350,000. I consulted with Plaintiff's attorney and advised him of same, but he does not consent to this request. The LIRR propose the following dates for the conference: March 8th, March 10th, or April 7th.

Thank you for your time in considering this matter.

Regards,

Christopher Pogan  
cpogan@lirr.org

The agencies of the MTA  
MTA New York City Transit   MTA Metro-North Railroad   MTA Capital Construction  
MTA Long Island Rail Road   MTA Bridges and Tunnels   MTA Bus Company