UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY BOECKEL,<br><br>                                      Plaintiff,<br>                -v-<br><br>LONG ISLAND RAILROAD COMPANY,<br><br>                                      Defendant. | 19 Civ. 11234 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The joint pretrial order and motions *in limine* are presently due January 17, 2021.  As the Court is closed on January 17 and 18, 2021, the joint pretrial order and motions *in limine* are due January 19, 2021.  The parties are also instructed to file on that day a short letter indicating whether both parties consent to a bench trial.  If the answer is no, that letter should not indicate which party or parties did not consent.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 15, 2021
       New York, New York