UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY BOECKEL,

                                              Plaintiff,

                                -v-

LONG ISLAND RAILROAD COMPANY,

                                             Defendant.

19 Civ. 11234 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The parties have indicated that both parties do not consent to a bench trial.  Dkt. 39. Accordingly, a final pretrial conference is hereby scheduled for February 17, 2021 at 2:00 p.m. The parties should call into the Court's dedicated conference line at **(888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key**.  Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        Paul A. Engelmayer
                                                        United States District Judge

Dated: January 20, 2021
          New York, New York