UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY BOECKEL,<br><br>          Plaintiff,<br>    -v-<br><br>LONG ISLAND RAILROAD COMPANY,<br><br>          Defendant. | 19 Civ. 11234 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The parties have submitted the joint pretrial order and motions *in limine*. Any oppositions to motions *in limine* are due February 5, 2021. The Court does not invite reply.

SO ORDERED.

                       *Paul A. Engelmayer*
                       Paul A. Engelmayer
                       United States District Judge

Dated: January 26, 2021
     New York, New York