UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY BOECKEL and
ANDREW M. THALER, as Trustee,

                          Plaintiffs,

                -v-

LONG ISLAND RAILROAD COMPANY,

                          Defendant.

19 Civ. 11234 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At yesterday's conference, the Court issued a bench ruling resolving plaintiffs' motions *in limine* at pending at dockets 35–37. The Clerk of Court is respectfully directed to terminate these motions.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 18, 2021
       New York, New York