UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY BOECKEL and
ANDREW M. THALER, as Trustee,

Plaintiffs,

-v-

LONG ISLAND RAILROAD COMPANY,

Defendant.

19 Civ. 11234 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict with another jury trial, the Court is unavailable to go forward
with the jury trial in this case on June 28, 2021. At least one party has expressed a preference
that this Court conduct the trial. This case has been placed on the jury trial list for September 1,
2021. The case must be trial-ready for that date. The case is second on the list for jury trials for
that day. This means that the case will not proceed on September 1, 2021 if the other trial
scheduled for that date goes forward. If the case cannot proceed on the scheduled date, the Court
will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms
that the matter will proceed on September 1, 2021, it will inform the parties. However, the Court
anticipates that the primary case, which is also pending before this Court, is unlikely to proceed
to trial.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: June 7, 2021
      New York, New York