UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY BOECKEL and
ANDREW M. THALER, as Trustee,

                              Plaintiffs,

        -v-

LONG ISLAND RAILROAD COMPANY,

                              Defendant.

19 Civ. 11234 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       This case is confirmed to begin a jury trial on September 1, 2021. To enable the court to resolve all outstanding exhibit objections prior to trial, within one week of the date of this order, counsel are directed to file a joint letter on the docket (1) attaching any exhibits to which a party has objected in the joint pretrial order, *see* Dkt. 41; and (2) for each exhibit, setting out (a) the basis for the objection, and (b) the proponent's response. Counsel do not need to include in this letter any exhibits that were the subject of the since-resolved motions *in limine*. *See* Dkt. 48.

       SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                                 Paul A. Engelmayer
                                                                 United States District Judge

Dated: July 26, 2021
       New York, New York