UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY BOECKEL and ANDREW M. THALER,

                              Plaintiff,

-v-

LONG ISLAND RAILROAD COMPANY,

                              Defendant.

19 Civ. 11234 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Trial in this case will begin on September 1, 2021. Counsel should arrange a tech walkthrough with the Court's chambers prior to trial. (The presentation of evidence to the jury in electronic form, rather than by hand, is particularly necessary in light of the District's protocols for COVID-era jury trials.)

      Chambers can be reached at EngelmayerNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: August 3, 2021
          New York, New York