UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY BOECKEL,

                              Plaintiff,

        -v-

LONG ISLAND RAILROAD COMPANY,

                             Defendant.

19 Civ. 11234 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Trial in this case is scheduled to begin on Wednesday, September 1, 2021. The Court directs counsel to appear for a conference at **9 a.m. sharp on Wednesday, September 1, 2021**, immediately prior to jury selection. The conference will be held in courtroom 318 of the Thurgood Marshall United States Courthouse. The primary purpose of the conference is to assure, in various respects, the efficient conduct of jury selection and the trial, which counsel have advised the Court will be complete within three days.

To that end, the Court reminds counsel that they are required during their case-in-chief always to have their next witness ready. A party who does not have a witness ready when the testimony of the preceding witness has concluded will be treated as having rested its case. The Court further notifies counsel that it expects counsel to order, at joint expense, expedited (same-day) transcripts of all trial testimony, to assure that the transcript is readily accessible in the event the jury requests readbacks of testimony.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: August 30, 2021
      New York, New York