UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY BOECKEL,

                        Plaintiff,

        -v-

LONG ISLAND RAILROAD COMPANY,

                      Defendant.

19 Civ. 11234 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    As a result of a family emergency requiring plaintiff's counsel to be elsewhere, the Court adjourns the trial scheduled to commence tomorrow, September 1, 2021, and the pretrial conference scheduled for tomorrow morning at 9 a.m. The Court will be in touch with counsel to reschedule trial. The Court wishes plaintiff's counsel and his family well.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  Paul A. Engelmayer
                                                  United States District Judge

Dated: August 31, 2021
       New York, New York