UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY BOECKEL,

                                Plaintiff,

-v-

LONG ISLAND RAILROAD COMPANY,

                                Defendant.

19 Civ. 11234 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      This case has been placed on the jury trial list for the week of January 18, 2022. The case must be trial-ready to commence that week. This case is a backup to other potential jury trials that week. This means that the case will not proceed if a trial scheduled ahead of this one goes forward. If the case cannot proceed on any date that week, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed on the week of January 18, 2022, it will inform the parties.

      SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        Paul A. Engelmayer
                                                         United States District Judge

Dated: December 2, 2021
           New York, New York