UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY BOECKEL,

                              Plaintiff,                    19 Civ. 11234 (PAE)

            -v-
                                                           ORDER
LONG ISLAND RAILROAD COMPANY,

                              Defendant.

PAUL A. ENGELMAYER, District Judge:

        This case was placed on the jury trial ready list for the week of January 18, 2022 and

most recently was designated as a back-up to a trial scheduled to start on January 19, 2022.  The

Court, however, has just been informed that the trial ahead of it on January 19, 2022 is going

forward.  Accordingly, trial in this case will not proceed on January 19, 2022, and counsel are at

liberty to release their witnesses.  The Court will be in contact with counsel to arrange for a jury

trial date in the second quarter of 2022.  The Court thanks counsel for their flexibility during

these challenging times.

        SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated: January 13, 2022
       New York, New York