UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY BOECKEL,

                              Plaintiff,

          -v-

LONG ISLAND RAILROAD COMPANY,

                              Defendant.

19 Civ. 11234 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       On February 9, 2022, the Court requested, via email, a joint letter identifying all dates when counsel are unavailable to try this case in the second quarter of 2022. Such letter was to be submitted by February 11, 2022 because of the deadline for submitting trial dates to the District. The Court has not yet received it. Accordingly, the parties are reminded to inform the Court as soon as possible of any dates of unavailability for trial from April to June 2022. If the Court has not received this letter by 2 p.m. today, February 14, 2022, the Court will assume that the parties are available on all dates in the second quarter of 2022.

       SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 14, 2022
       New York, New York