UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY BOECKEL,

                              Plaintiff,

        -v-

LONG ISLAND RAILROAD COMPANY,

                              Defendant.

19 Civ. 11234 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    This case has been placed on the jury trial list for May 31, 2022. The case must be trial-ready to commence that day. There is a high likelihood that this case will proceed to trial that day. As soon as the Court confirms that the matter will proceed May 31, 2022, it will inform the parties.

    SO ORDERED.

*Paul A. Engelmayer* (signature)

Paul A. Engelmayer
United States District Judge

Dated: March 3, 2022
       New York, New York