UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY BOECKEL,

                                         Plaintiff,

                 -v-

LONG ISLAND RAILROAD COMPANY,

                                         Defendant.

19 Civ. 11234 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 3, 2022, the Court notified the parties that this case had been placed on the jury trial list for May 31, 2022 and that there was a high likelihood it would proceed that day. Dkt. 80. The Court notifies counsel that it is now virtually certain that the trial will proceed on May 31, 2022, as a case scheduled for trial the same day before Judge Engelmayer resulted in a guilty plea today.

    SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                           Paul A. Engelmayer
                                                           United States District Judge

Dated: March 29, 2022
         New York, New York