UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY BOECKEL,

                                   Plaintiff,

          -v-

LONG ISLAND RAILROAD COMPANY,

                                   Defendant.

19 Civ. 11234 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 3, 2022, the Court notified the parties that this case had been placed on the jury trial list for May 31, 2022 and that there was a high likelihood it would proceed that day. Dkt. 80. On March 29, 2022, the Court notified counsel that it was virtually certain that the trial would proceed on May 31, 2022. Dkt. 81.

Trial in this case will begin on May 31, 2022. This is a firm trial date. Trial will take place in Courtroom 1305 at 40 Foley Square, Thurgood Marshall U.S. Courthouse. The Court directs counsel to appear for a conference at 9 a.m. sharp on May 31, 2022 in Courtroom 1305. Jury selection will begin immediately thereafter.

Counsel are reminded that they are required during their case-in-chief to always have their next witness ready, and that the Court expects counsel to order, at joint expense, same day transcripts of all trial testimony. *See* Dkt. 72. Finally, counsel are directed to review the District's current COVID-19 protocols, available at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure they and their witnesses can gain access to the courthouse.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 18, 2022
       New York, New York