UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY BOECKEL,

                                    Plaintiff,

                    -v-

LONG ISLAND RAILROAD COMPANY

                                    Defendant.

19-CV-11234 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

Attached to this Order are the following:

- Exhibit 1: The notes sent by the jury during its deliberations

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: June 2, 2022
       New York, New York

**EXHIBIT 1**

Una petrino (juror #1)
will be fore person

JURY NOTE 1

*JURY NOTE 2*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------------X
                                        :
GREGORY BOECKEL,                        :
                           Plaintiff,   :
                                        :              19 Civ. 11234 (PAE)
             -v-                        :
                                        :              **VERDICT FORM**
LONG ISLAND RAILROAD COMPANY,           :
                                        :
                           Defendant.   :
                                        :
----------------------------------------------------------------------- X
```

**PLEASE FOLLOW ALL INSTRUCTIONS, CHECK (√) YOUR ANSWERS, AND FILL
IN THE BLANKS**

***All Answers Must Be Unanimous***

I.   **Negligence of Defendant**

1.   Third Element:  Negligence:  Has the plaintiff proven by a preponderance of the
     evidence that the defendant was negligent?

     YES __√_____         NO_____

     [*If you answered "yes," go on to Question No. 2.  If you answered "no," please
     stop here, and date and sign the last page of the verdict form.*]

2.   Fourth Element:  Causation:  Has the plaintiff proven by a preponderance of the
     evidence that the defendant's negligence caused, in whole or in part, any injury to
     the plaintiff?

     YES ___√_____         NO_____

     [*If you answered "yes," go on to Question No. 3.  If you answered "no," please
     stop here, and date and sign the last page of the verdict form.*]

1 of 4

## II.    <u>Contributory Negligence</u>

3.    Has the defendant proven by a preponderance of the evidence that the plaintiff was negligent?

YES ___✓___                    NO_____

*[If your answer is "yes," go on to Question No. 4.  If your answer is "no," skip Questions No. 4 and No. 5 and go on to Question No. 6.]*

4.    Has the defendant proven by a preponderance of the evidence that the plaintiff's negligence caused, in part, his injury?

YES ___✓___                    NO_____

*[If your answer is "yes," go on to Question No. 5.  If your answer is "no," skip Question No. 5 and go on to Question No. 6.]*

5.    If your answers to Question No. 3 and Question No. 4 are yes, to what extent, stated in percentage, did each party's negligence contribute to bringing about the plaintiff's injury?

Defendant's negligence ___90___ %

Plaintiff's negligence ___10___ %

Total Must Equal 100%

*[Please proceed to Question No. 6.]*

## III.    <u>Damages</u>

6.    What amount of damages do you find plaintiff sustained as a result of the accident on March 4, 2019?

a.    Loss of earnings from March 4, 2019 to August 21, 2019, if any:

$ _53,565.52_

b.    Past pain and suffering, including any resulting from loss of enjoyment of life, if any:

$ _30,000_

    c.  Future pain and suffering, including any resulting from loss of enjoyment of life, if any:

$ _____

*[Please sign your names in the space provided on the next page, fill in the date, and inform the marshal that you have reached a verdict.]*

After completing the form, each juror who agrees with this verdict must sign below:

Foreperson

Dated:    7/2/2022