**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GREGORY BOECKEL,

                Plaintiff,                  19 **CIVIL** 11234 (PAE)

      -against-                     **JUDGMENT**

LONG ISLAND RAILROAD COMPANY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul A. Engelmayer, United States District Judge, judgment is entered in favor of Plaintiff Gregory Boeckel and against the defendant Long Island Railroad Company; accordingly, the case is closed.

**DATED:** New York, New York       August 31, 2022

                                                                  **RUBY J. KRAJICK**

So Ordered:                                                **Clerk of Court**

*/s/ Paul A. Engelmayer*                    BY:     *K. Mango*
**U.S.D.J.**                                                               **Deputy Clerk**