UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREGORY BOECKEL,

                Plaintiff,                              19 CIVIL 11234 (PAE)

       -against-                                **AMENDED JUDGMENT**

LONG ISLAND RAILROAD COMPANY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul A. Engelmayer, United States District Judge, judgment is entered in favor of Plaintiff Gregory Boeckel and against the defendant Long Island Railroad Company. The jury found that plaintiff sustained $53,565.52 in damages due to loss of earnings, $30,000 in damages from past pain and suffering, and $0 in damages from future pain and suffering, and that plaintiff's negligence contributed, in part, to his injuries by a percentage of 10%. The final amount of damages awarded to plaintiff is $75,208.97; accordingly, the case is closed.

DATED: New York, New York
             September 1, 2022

                                                          RUBY J. KRAJICK

So Ordered:                                          Clerk of Court

*/s/ Paul A. Engelmayer*                BY:    */s/ K. Mango*

**U.S.D.J.**                                                       **Deputy Clerk**